1454

**92-2610.** State ex rel. Stark Cty. Bd. of Commrs. v. Evans. In Mandamus. Cause dismissed, on relators' application to dismiss, effective April 6, 1993.

**93-477.** State v. Evegan. *Hamilton County*, No. C–920133. Cause dismissed, on appellant's application for dismissal, effective April 6, 1993.

**93-489.** Gentry v. Enright. In Mandamus. Cause dismissed, on relator's application to dismiss, effective April 8, 1993.

*Tuesday, April 13, 1993*
## MOTION DOCKET

**93-701.** Enix v. Enix. *Montgomery County*, No. 13535. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Montgomery County to certify its record. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective April 9, 1993.

## MISCELLANEOUS DISMISSALS

**93-323.** Moots v. Moots. *Auglaize County*, No. 2–92–16. Cause dismissed, on appellant's application for dismissal, effective April 9, 1993.

*Wednesday, April 14, 1993*
## MERIT DOCKET

**92-1888.** State ex rel. Ohio Civ. Serv. Emp. Assn. v. Trimble. In Mandamus. *Sua sponte,* cause dismissed for want of prosecution.
A.W. Sweeney, Wright, F.E. Sweeney and Pfeifer, JJ., concur.
Moyer, C.J., Douglas and Resnick, JJ., dissent and would issue a show cause order.

**92-2509.** Waste Technologies, Inc. v. Tri–State Environmental. *Columbiana County*, No. 92–C–79. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Moyer, C.J., dissents.
Wright, J., not participating.

**92-2510.** Waste Technologies, Inc. v. Tri–State Environmental. *Columbiana County*, No. 92–C–80. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
A.W. Sweeney, Douglas, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.
Moyer, C.J., dissents.
Wright, J., not participating.

**92-2525.** State ex rel. Brofford v. Ohio Dept. of Rehab. & Corr. *Franklin County*, No. 91AP–1288. *Sua sponte,* cause dismissed.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93-211.** Miller v. Bettis. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.

**93-258.** Shaykin v. State. In Prohibition. *Sua sponte,* cause dismissed.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, F.E. Sweeney and Pfeifer, JJ., concur.
Resnick, J., not participating.

**93-291.** Wallace v. O'Neil. In Mandamus. *Sua sponte,* cause dismissed.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.